IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 17-00555 DKW-08 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| vs. | ) | AND RECOMMENDATION TO |
| | ) | DENY MOTION FOR |
| DORE OISHI, | ) | COMPASSIONATE RELEASE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY MOTION FOR COMPASSIONATE RELEASE

Findings and Recommendation having been filed and served on all parties on May 08, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(B) and Local Rule 74.1, the "Findings and Recommendation to Deny Motion for Compassionate Release", ECF No. 470 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: May 26, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge