IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DORE OISHI,<br><br>　　　　Defendant. | Case No. 17-cr-00555-DKW-8<br><br>**ORDER MODIFYING DEFENDANT'S SENTENCE** |

　　On September 9, 2022, this Court granted Defendant Dore Oishi compassionate release and directed that she serve her remaining term of imprisonment until December 17, 2024 in home confinement, at which time her term of supervised release would begin.  Dkt. No. 615.  Upon further discussion with the U.S. Probation Office and no opposition from the Government, the Court now modifies the sentence as follows.

　　Oishi's sentence is reduced to Time Served.  Upon release from custody, Oishi shall commence serving her five-year term of supervised release and abide by all Mandatory and Standard Conditions of supervision previously imposed. *See* Dkt. No. 353 at 3–4.  Additionally, Oishi shall abide by the following Special Conditions of Supervised Release noted below, which shall replace in their entirety the special conditions originally set forth in Dkt. No. 353.  *See id*. at 5.

1. You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (such as provider, location, modality, duration, and intensity).

2. As part of the substance abuse treatment regimen and monitoring, you must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

3. You must participate in a mental health assessment as coordinated by the probation officer. Based on the results of that assessment, the probation officer may then request that the court order specific mental health treatment.

4. Prior to using any current or future prescribed opiate-based medication, you must provide a valid prescription and any requested documentation from a licensed physician verifying that there are no alternative non-opiate-based medications, as directed by the probation office.

5. You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation officer may share financial information with the U.S. Attorney's Office.

6. You must submit your person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

7. You will be monitored by Global Positioning System (GPS) technology for a period of 180 days, and you must follow the rules and regulations of the location monitoring program, pursuant to the Participant's Agreement. You are restricted to your residence at all times except for employment;

education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer. You shall earn leave as determined by the probation officer.

IT IS SO ORDERED.

Dated: September 15, 2022 at Honolulu, Hawai'i.

Derrick K. Watson
United States District Judge